IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROCHESTER DRUG COOPERATIVE, INC.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **GOODHEART PHARMACY,** | : | |
| **INCORPORATED, OBIOMA AGOUCHA,** | : | |
| **and DAMIEN AGOUCHA** | : | **NO. 16-1787** |

## ORDER

**NOW**, this 23rd day of November, 2016, upon consideration of Plaintiff Rochester Drug Cooperative, Inc.'s Motion for Summary Judgment Against Defendants GoodHeart Pharmacy, Inc., Obioma Agoucha, and Damien Agoucha (Document No. 14), the defendants' response, the plaintiff's reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT IS ENTERED** in favor of the plaintiff Rochester Drug Cooperative, Inc. and against the defendants GoodHeart Pharmacy, Inc., Obioma Agoucha, and Damien Agoucha, jointly and severally, in the amount of $155,599.06.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.