UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 16-4271

ROCHESTER DRUG COOPERATIVE INC

v.

GOODHEART PHARMACY INC; OBIOMA AGOUCHA;
and DAMIEN AGOUCHA,

Appellants

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2:16-cv-01787)
District Judge: Honorable Timothy J. Savage

Submitted Pursuant to Third Circuit LAR 34.1(a)
April 25, 2017

Before: GREENAWAY, JR., GREENBERG and ROTH, Circuit Judges

**JUDGMENT**

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on April 25, 2017. On consideration whereof, it is now hereby

**ORDERED and ADJUDGED** by this Court that the judgment of the District Court entered November 25, 2016, be and the same is hereby affirmed. Costs are taxed against the Appellants. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated: November 22, 2017

Certified as a true copy and issued in lieu
of a formal mandate on December 14, 2017

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**